JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SINOHUIZ JR., | ) NO. CV 17-00351-DOC (AS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| LOS ANGELES COUNTY, et. al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   August 31, 2017   .

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE